## CUMMINS v. STATE.
### No. 24754.

Court of Criminal Appeals of Texas.
May 3, 1950.

No appearance for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

Appellant was convicted of the offense of burglary, and the jury assessed his punishment at five years confinement in the penitentiary.

The record contains no statement of facts.

The transcript contains no bills of exception, and no notice of appeal.

The date of the adjournment of the term of court at which the case was tried is not shown, nor is the date of the judgment.

The State's motion to dismiss the appeal is therefore granted.

Opinion approved by the Court.